**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7643**

---

DANNY LAMONT YARBOROUGH,

                              Plaintiff - Appellant,

        versus

DOCTOR LE; JOSEPH LOFTON; S. D. STEWART,

                              Defendants - Appellees.

---

**No. 95-7682**

---

DANNY LAMONT YARBOROUGH,

                              Plaintiff - Appellant,

        versus

JOSEPH LOFTON; TED SMILEY; LYNN PHILLIPS;
FINESSE G. COUCH,

                              Defendants - Appellees.

---

Appeals from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  Malcolm J. Howard, District
Judge.  (CA-95-774-5-H, CA-95-834-CT-H)

---

Submitted:  January 11, 1996        Decided:  January 25, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Danny Lamont Yarborough, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated cases Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Yarborough v. Le, No. CA-95-774-5-H; Yarborough v. Lofton, No. CA-95-834-CT-H (E.D.N.C., Sept. 25, 1995; Oct. 10, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2